**Renée E. Rothauge**, OSB #90371
E-mail: renee.rothauge@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915

**Timothy J. Hughes (Admitted Pro Hac Vice)**
E-mail: hughes@dfis-law.com
DANIELS, FINE, ISRAEL & SCHONBUCH, LLP
1801 Century Park East, 9th Floor
Los Angeles, CA 90067
Telephone: (310) 556-7900
Facsimile: (310) 556-2807

**William H.Y. Park (Admitted Pro Hac Vice)**
E-Mail: whypark@kkplaw.com
KWAK, KIM & PARK
3435 Wilshire Blvd., Suite 1720
Los Angeles, CA 90010
Telephone: (213) 252-9669
Facsimile: (213) 252-9656

Attorneys for Defendant Asiana Airlines, Inc.

ORIGINAL

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **EVERGREEN INTERNATIONAL AIRLINES, INC.,**<br><br>       Plaintiff,<br><br>v.<br><br>**ASIANA AIRLINES,**<br><br>       Defendant. | Civil No. 01-1392-HU<br><br>ORDER TO DISBURSE MONIES |

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

ORDER TO DISBURSE MONIES
Page 1

## ORDER TO DISBURSE MONIES

In accordance with the mandate of the Ninth Circuit issued to this Court affirming the judgment entered April 28, 2003 (Document #273), the funds deposited with the Court pursuant to the Order of May 6, 2003 (Document #281), shall be disbursed as indicated below:

1. **Registry Fee Assessment:** 10% of the income earned on the investment of the funds shall be paid to the clerk of court for the registry fees.

2. **Payment to Evergreen International Airlines, Inc.:** $17,159,387.60, shall be paid to Evergreen International Airlines, Inc. (Tax I.D. 95-4525319 ) and its counsel, C. Dana Hobart, Esquire via wire transfer to the following:

City National Bank
555 S. Flower Street, 12th Floor
Los Angeles, CA 90071
Attn: Rika Mertens (213) 673-8775
ABA #122016066
Account #210006591
Account Name: Hennigan, Bennett & Dorman Client Escrow Master Account

3. **Payment to Asiana Airlines, Inc.:** All remaining funds shall be paid to Asiana Airlines, Inc. (Tax I.D. #95-4183377 ) and its counsel, Joseph J. Kim, Esquire via check to the following:

Joseph J. Kim, Esquire
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071-2899

DATED July __, 2005.

_____
~~Honorable Dennis J. Hubel~~
United States District Court Judge

Bullivant|Houser|Bailey PC
888 S.W. Fifth Avenue, Suite 300
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**ORDER TO DISBURSE MONIES**
**Page 2**